UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA ex rel.
DONNA CHENOT-SMARGON,

    Plaintiff,

v.                                  Case No:  6:13-cv-361-Orl-40KRS

MEDICAL SERVICES OF AMERICA, INC., COMMUNITY HOME HEALTH & HOSPICE, INCARE HOME HEALTH & HOSPICE, INC., and JOHN DOE COMPANIES 1-5,

    Defendants.

## ORDER

This cause comes before the Court on Plaintiff's Notice of Voluntary Dismissal (Doc. 42), filed April 5, 2016.  Pursuant to 31 U.S.C. § 3730(b)(1), the United States advises that it consents to the dismissal of this action without prejudice.  It is therefore **ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**.  The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on April 14, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties